**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**DENIS RAINES,**

    Plaintiff,

**v.**                                                **CASE NO. 3:08-cv-570-J-16TEM**

**COASTLINE FEDERAL CREDIT UNION**
c/o Ada A. Hammond,

    Defendant.
_____/

## ORDER

This cause is before the Court on the Report and Recommendation of the Magistrate Judge filed June 30, 2008 (Doc. #6). Plaintiff filed a document on July 10, 2008 (Doc #9) titled "Amended Motion for Entry of Order to File Objection. In reviewing this document, it actually states objections to the Report and Recommendation of the Magistrate Judge so it will be deemed as objections thereto.

After conducting an *independent* review of the entire record herein, the Court hereby adopts, confirms, and ratifies the Report and Recommendation. The Plaintiff has failed to correct any of the deficiencies in the complaint to allege sufficient facts to make an adequate claim of deprivation of any constitutional right. Accordingly, it is now

**ORDERED AND ADJUDGED** that the Plaintiff's Affidavit of Indigency (Doc #2) is **DENIED** and this case is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915. The Clerk is directed to terminate all pending motions.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, this <u>29th</u> day of July, 2008.

Copies to:     All counsel of record

JOHN H. MOORE II
United States District Judge